IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WARREN SKILLERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION 611-100 |
| ) | |
| Warden BRUCE CHAPMAN, Unit ) | |
| Manager BREWTON, and Deputy ) | |
| Warden JOHN PAUL, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. **ACCORDINGLY**, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. This case is **DISMISSED**.

SO ORDERED this 20th day of October, 2011.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia